UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/18/19

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
UNITED STATES OF AMERICA                     :          Kmw
                                            :   [PROPOSED] ORDER
        - v. -                               :
                                            :   19 Cr. 484 (KMW)
DANIBEL LUIS,                                :
                                            :
        Defendant.                           :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, his guilty plea allocution was made

before a United States Magistrate Judge on October 28, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted

to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the

defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for

the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
            Nov 18    , 2019

                                            (Ciala M. Word

                                            THE HONORABLE KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK