UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/20___

19-CR-484 (KMW)

-against-

**ORDER**

DANIBEL LUIS,

Defendant.
------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Thursday, April 2, 2020, is adjourned to Tuesday, June 2, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
March 23, 2020

                                                /s/ Kimba M. Wood /
                                                   KIMBA M. WOOD
                                             United States District Judge