```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/28/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

                    19-CR-484 (KMW)

      -against-

                    **ORDER**

DANIBEL LUIS,

               Defendant.
----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Tuesday, June 2, 2020, is adjourned to July 28, 2020, at 11:00 a.m.

      SO ORDERED.

Dated: New York, New York
       May 28, 2020                            /s/ Kimba M. Wood /
                                                   KIMBA M. WOOD
                                        United States District Judge