UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/20
```

------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

DANIBEL LUIS,

                Defendant.

------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

KIMBA M. WOOD, District Judge:

    The Court has received the Government's request for a Curcio hearing.

    The Court adjourns, *sine die*, the current sentencing date of July 28, 2020. A Curcio hearing will be held by video conference on Tuesday, August 11, 2020, at 11:00 a.m. The Court will provide the parties with dial-in information for the video conference in a separate order.

    SO ORDERED.

Dated: New York, New York
       July 22, 2020

                                              KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE