UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/20

-against-

DANIBEL LUIS,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

KIMBA M. WOOD, District Judge:

      Due to a conflict with the Court's calendar, the Curcio hearing currently scheduled for Tuesday, August 11, 2020, is adjourned to Thursday, August 20, 2020 at 11:00 a.m. The Court will provide the parties with dial-in information for the video conference in a separate order.

      SO ORDERED.

Dated: New York, New York
       August 6, 2020

                                                _____
                                                    KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE