UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

DANIBEL LUIS,

                            Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR ~~732~~ 484 (KMW)

KIMBA M. WOOD, District Judge:

      A remote Curcio hearing will be held in the above-captioned case on Thursday, August 20, 2020, at 11:00 a.m.

      Members of the press and public who wish to hear the proceeding should dial 917-933-2166. The Conference ID is 859824527.

      SO ORDERED.

Dated: New York, New York
         August 12, 2020

                                                        /s/ Kimba M. Wood
                                                     KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/20