```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

DANIBEL LUIS,

                             Defendant.
------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing is scheduled for Thursday, October 1, 2020, at 12:00 p.m.

    The defendant's sentencing submission is due to the Court by Thursday, September 24, 2020.

    SO ORDERED.

Dated: New York, New York
          August 24, 2020

                                              _/s/ Kimba M. Wood_
                                              KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE