UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA



      -against                                                      **ORDER**
                                                           19 CR 484 (KMW)

DANIBEL LUIS,

                 Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       Due to a conflict with the Court's calendar, the sentencing currently scheduled for Thursday, October 1, 2020, is adjourned to Tuesday, October 13, 2020, at 10:30 a.m.

Defendant's sentencing submission is due to the Court by October 6, 2020.

       SO ORDERED.

Dated: New York, New York
           September 28, 2020

                                                      */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE