UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/20
```

-------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

DANIBEL LUIS,

                      Defendant.

-------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote sentencing in the above-captioned case on Tuesday, October 13, 2020, at 10:30 a.m.

    Members of the press and public who wish to hear the proceeding should dial 917-933-2166, and enter Conference ID number 73875644.

    SO ORDERED.

Dated: New York, New York
       October 6, 2020

                                              /s/ Kimba M. Wood
                                             KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE