

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/21

**By ECF**
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *United States v. Danibel Luis*, 19 Cr. 484 (KMW)

Dear Judge Wood:

The Government writes with the consent of defense counsel to request an adjournment of the sentencing currently scheduled for February 11, 2021, for approximately 30 days, in light of the COVID-19 risks posed by an in-person proceeding. The CARES Act permits video or telephone felony pleas and sentencings only if the district judge finds "for specific reasons that the plea . . . cannot be further delayed without serious harm to the interests of justice." Pub. L. 116–136 § 15002(b)(2)(a) (Mar. 27, 2020). The Government opposes proceeding remotely here, where the defendant has been released on bail and the Government is not aware of any reason in this matter that would be sufficient to proceed remotely under the CARES Act.

Sentencing is adjourned to March 23, 2021, at 2:00p.m. Defendant's submission is due by March 9. Government submission is due by March 16.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: /s/Elizabeth A. Espinosa
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

SO ORDERED: N.Y., N.Y. 2/8/21

/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.