# JOHN L. RUSSO
### Attorney at Law
J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: JLRussoPC@Gmail.com

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

**PARALEGAL**
Maria Nunez, B.S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/21

March 2, 2021

**Via ECF Only**
Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

   Re: **U.S. v. Danibel Luis**
   Docket No.: **19-CR-00484 (KMW)**

Your Honor:

   This office represents Danibel Luis, the defendant in the above referenced matter which is scheduled for sentencing on March 23, 2021 at 2:00 p.m.

   Mr. Luis' wife (co-defendant Oris Sanchez Olivo) is scheduled to surrender tomorrow at FIC Danbury. **We write to respectfully request that Mr. Luis be permitted to travel outside of the Southern District of New York and Eastern District of New York so that he can drive his wife to the facility in Connecticut.**

[Handwritten: Granted KMW]

   I have spoken with Pre-Trial officer Marlon Ovalles and he has no objections to this request. I have also spoken with AUSA Elizabeth Espinosa and she defers to pre-trial.

   The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

*John Russo*

John L. Russo (JR6200)
For Danibel Luis

SO ORDERED, N.Y., N.Y. 3/2/21

*Kimba M. Wood*
**KIMBA M. WOOD**
U.S.D.J.

Cc: Elizabeth A. Espinosa (Via E-Mail)
    Probation Officer Marlon Ovalles (Via E-Mail)