UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

DANIBEL LUIS,

                  Defendant.
-------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/21

KIMBA M. WOOD, District Judge:

    At the defendant's request, sentencing in the above-captioned case is adjourned to April 20, 2021, at 2:00 p.m. Defendant's submission is due by April 13, 2021.

    SO ORDERED.

Dated: New York, New York
          March 17, 2021

                                               /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE