UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

DANIBEL LUIS,

                      Defendant.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/21

**ORDER**

19 CR 484 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote sentencing on Tuesday, April 20, 2021, at 2:00 p.m.

Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 190276848. All members of the press and public who join the proceeding must do so with their telephones on mute.

SO ORDERED.

Dated: New York, New York
April 14, 2021

                                                   /s/ Kimba M. Wood
                                               KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE