UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

     -against-

DANIBEL LUIS,

                  Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21

KIMBA M. WOOD, District Judge:

     Sentencing currently scheduled for April 20, 2021, is adjourned to Wednesday, April 28, 2021, at 2:00 p.m. Defense counsel must file a sentencing submission with the Court by Thursday, April 22, 2021.

     SO ORDERED.

Dated: New York, New York
         April 20, 2021

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE