UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

DANIBEL LUIS,,

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/21

KIMBA M. WOOD, District Judge:

The sentencing currently scheduled for April 28, 2021, is adjourned to May 11, 2021, at 12:30 p.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter conference ID 190276848. Members of the press and public who wish to join the conference must do so with their telephones on mute.

SO ORDERED.

Dated: New York, New York
        April 22, 2021

                                                 KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE