```
```

LAW OFFICE
OF
**B. ALAN SEIDLER**
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/24

April 9, 2024

Hon. Kimba M. Wood
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: USA v. Danibel Luis, 19 cr 484 (KMW)

Dear Judge Wood;

By this letter motion defendant Rivera respectfully requests relief from this Court as follows: EARLY TERMINATION OF SUPERVISED RELEASE.  ) Granted

Title 18 USC @3583(e)(1), permits the court to terminate supervised release and discharge the defendant at any time after the expiration of one year of supervised release ..... "if it is satisfied that such action is warranted by the conduct of the defendant and in the interest of justice." The Judicial Conference Criminal Law Committee has directed early termination of supervision as "recommended and favored" policy for appropriate probation and supervised release offenders.

Luis was sentenced by your Honor on May 11, 2021, for the crime of Bank

Fraud [18USC@1344] to a Guideline sentence of 27 months in prison, 2 years Supervised Release, and Restitution to the TD Bank in the amount of $157,777. Luis has completed his prison term; began Supervised Release on 2-22-2023; pays his Restitution obligation at the rate of $50.00 per month; and his Supervision is now under the authority of Probation Officer Doris Bello [407-835-5848] whose office is at the United States District Court in Orlando, Fl.

I tried to contact Ms. Bello to ascertain the position of the Probation Department concerning this motion, but I have not received a response. A special condition of Luis' Supervised Release was that he be subject to location monitoring for 3 months, a condition which has been completed.

Luis lives with his wife, Oris Sanchez, and their two children [Dorisbel Luis Sanchez age 11, and Danibel Luis Sanchez age 7] in Davenport, FL. He is employed full-time at W & H Enterprises Corp in Florida in their technical department. Luis filed his tax return for 2023 [attached]. As his attached letter explains Luis respectfully requests early termination of Supervised Release so he can visit with his father in the Dominican Republic. He has not seen his father since 2019, and the father suffers from cardiac ailments, and has had heart surgery.

It is respectfully requested the remaining portion of Luis' Supervised Release term [approximately 10 months] now be terminated.

Thank you.

Respectfully submitted,

*The defendant's motion is granted, and the Court terminates supervision.*

B. Alan Seidler
Attorney for Danibel Luis

SO ORDERED: N.Y., N.Y.  5/15/24

_____
KIMBA M. WOOD
U.S.D.J.